IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In re Arrest Warrants and Criminal Complaints | 1:08-MJ-[redacted] 72 M 73 M |

GOVERNMENT'S MOTION FOR PROTECTIVE ORDER

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Adi Goldstein, Assistant U.S. Attorney, and moves the Court to direct Joseph Voccola, counsel for the defendant, Luis Romanelli, and James Howe, counsel for the defendant Carmine DeTomasis, not to distribute the Affidavit in support of the above listed matters, any portion thereof, or any copies thereof, to any other person, including the defendants. The government recognizes that counsels are permitted to review the Affidavit with their clients at counsels' office. However, the government strongly objects to the Affidavit or any copies thereof being given to the defendants as such disclosure may endanger the safety of witnesses and law enforcement agents involved in this investigation, as well as jeopardize the integrity of the government's investigation. The government also requests that dissemination of the Affidavit within counsel's office be limited to counsel and to any person working directly under counsel's supervision in connection with this matter, and that such persons also be subject to the Court's Protective Order.

This Motion seeks to supplement and clarify the government's oral motion in Court on May 6, 2008, which the Court granted.

Respectfully submitted,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

/s/ Adi Goldstein
Assistant U. S. Attorney, RI Bar # 6701
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5050 /401-709-5001 (fax)
adi.goldstein@usdoj.gov

CERTIFICATION

I hereby certify that on the 8th day of May, 2008, I electronically filed and served the Within Government's Motion for Protective Order to:

Joseph Voccola, Esq.
454 Broadway
Providence, RI 02909

James Howe, Esq.
215 Broadway
Providence, RI 02903

/s/ Adi Goldstein
Assistant U. S. Attorney, RI Bar # 6701
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5050 /401-709-5001 (fax)
adi.goldstein@usdoj.gov