IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| In re Arrest Warrants and Criminal Complaints | ) | 1:08-MJ-[redacted] 72 M 73 M |

PROTECTIVE ORDER

This matter having been presented to the Court by the United States Attorney's Office in open Court on May 6, 2008, and by written motion on May 7, 2008, the Court finds that:

(1) As the Affidavit in support of the above-listed matters was filed under seal; and,

(2) Its public dissemination may pose a danger to witnesses for the government, law enforcement agents, and to the integrity of the government's investigation,

it is hereby ORDERED that:

(1) Counsel for the defendants Luis Romanelli and Carmine DeTomasis shall not disseminate, deliver, or distribute the Affidavit, any portions thereof, or any copies thereof, to any other person outside counsel's office, including the defendants;

(2) Counsel are permitted to review the Affidavit with defendants at counsel's office;

(3) Counsel are permitted to disclose the Affidavit to persons working directly under the supervision of counsel who are assisting counsel in preparation of this matter, but such persons are also subject to this Protective Order.

(4) This Order shall remain in effect until otherwise Ordered by the Court.

SO ORDERED:

David L. Martin

DAVID L. MARTIN
United States Magistrate Judge
5-7-08