IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| In re Arrest Warrants and Criminal Complaints | ) | 1:08-MJ-72M<br>1:08-MJ-73M |

ORDER ON GOVERNMENT'S MOTION FOR LIMITED UNSEALING OF THE AFFIDAVIT

This matter having been brought before the Court on an Ex Parte Motion of the United States Attorney, it is hereby ORDERED that:

(1) The Redacted Affidavit submitted by the Government in conjunction with this motion shall be released to Bruce McIntyre, Deputy Chief Legal Counsel, the Rhode Island Board of Health;

(2) The Redacted Affidavit may be used by the Board of Health in connection with its administrative proceedings against Prime Drug Inc., Carmine D. DeTomasis, Dominic Colarusso, and Carmine A. DeTomasis,

(3) The Redacted Affidavit may not be released to the public or further disseminated without further Order of this Court.

SO ORDERED:

David L Martin

DAVID L. MARTIN
United States Magistrate Judge
5-7-08