UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. David L. Martin |
| | : | |
| v. | : | Criminal No. 1:08-M-72M |
| | : | 1:08-M-73M |
| LOUIS ROMANELLI | : | |
| CARMINE DETOMASIS | : | |

ORDER

This matter having been opened to the Court by Robert Clark Corrente, United States Attorney for the District of Rhode Island (Adi Goldstein, Assistant U.S. Attorney, appearing), Louis Romanelli (Joseph J. Voccola, Esq.), and Carmine DeTomasis (James P. Howe, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter for a period of thirty (30) days to permit the parties to continue plea negotiations, and the defendants being aware that they have the right to have the matter submitted to a grand jury for indictment within thirty (30) days of their arrest on the complaint, pursuant to Title 18 of the United States Code, Section 3161(b), and it appearing that the defendants have waived that right, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for a period of thirty (30) days for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and the defendants desire additional time to finalize the plea agreements, which would thereby render trial of this matter unnecessary.

2. Defendants have consented to the aforementioned continuance.

3. The grant of a continuance will likely conserve judicial resources. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 19th day of May, 2008

ORDERED that the proceedings scheduled in the above-captioned matter are continued from June 4, 2008 to July 4, 2008; and

IT IS FURTHER ORDERED that the period from June 4, 2008 through July 4, 2008 shall be excludable in computing time under the Speedy Trial Act of 1974.

David L. Martin

HON. DAVID L. MARTIN
United States Magistrate Judge