UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. David L. Martin |
| | : | |
| VS. | : | |
| | : | CRIM. NO.: 1:08-M-72M |
| LOUIS ROMANELLI | : | |

EMERGENCY MOTION TO AMEND BAIL CONDITIONS

Now comes the Defendant Louis Romanelli, and respectfully requests that His Honor, Magistrate Judge Martin, amend his bail conditions to attend Defendant's brother's funeral services.

Defendant informed Counsel on June 3, 2008, that his 91 year old brother, Peter Romanelli, passed away on June 2, 2008. Defendant has informed Counsel that the family has arranged for funeral services to begin on Wednesday, June 4, 2008 at 2:00 p.m., at the Nardolillo Funeral Home, 1278 Park Avenue Cranston, RI. Defendant wishes to attend said funeral services in their entirety.

Defense Counsel has informed Assistant United States Attorney Adi Goldstein of his intention to file this motion. The Government has no objection to the motion being granted so long as United States Probation has received specific and pertinent details of said funeral services.

WHEREFORE, the Defendant respectfully requests that his Emergency Motion to Amend Bail Conditions be granted.

Respectfully Submitted
By and Through Counsel,

/s/ Joseph J. Voccola\
Joseph J. Voccola (Bar # 4132)
Law Offices of Joseph J. Voccola
454 Broadway
Providence, RI 02909
(401) 751-3900
(401) 751-8983 (Fax.)

CERTIFICATION

I hereby certify that a true copy of the within was electronically filed to the United States District Court, Office of the Clerk, One Exchange Terrance Providence, RI 02903 and to Adi Goldstein, Assistant US Attorney, 50 Kennedy Plaza 8th Floor Providence, RI 02903 on this 3rd day of June 2008.

/s/ Joseph J. Voccola\
Joseph J. Voccola (Bar # 4132)
Law Offices of Joseph J. Voccola
454 Broadway
Providence, RI 02909
(401) 751-3900
(401) 751-8983 (Fax.)