IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 1:08-MJ-72M |
| v. | ) | 1:08-MJ-73M |
| | ) | |
| LOUIS ROMANELLI | ) | |
| CARMINE DE TOMASIS | ) | |

ASSENTED TO MOTION TO CONTINUE

Comes now the United States of America, by and through its attorneys Robert Clark Corrente, United States Attorney, and Adi Goldstein, Assistant U.S. Attorney, and moves the Court to re-schedule the hearing to determine whether the continued sealing of the Affidavit in support of the Criminal Complaints in the above entitled matters to a date on or after September 18, 2008. The parties in this case agree that the continued sealing of the affidavit until such time is in the interest of justice. The parties also agree that this motion does not preclude any party from moving to unseal the affidavit prior to that time should there be a change in circumstances. Wherefore, the government, with the assent of counsel for defendant Louis Romanelli and

counsel for defendant Carmine De Tomasis respectfully move the court to reschedule the hearing for a later date.

Respectfully Submitted,
UNITED STATES OF AMERICA
By its attorneys:

ROBERT CLARK CORRENTE
United States Attorney

/s/Adi Goldstein
ADI GOLDSTEIN
Assistant U.S. Attorney
R.I. Bar # 6701
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, R.I. 02903
adi.goldstein@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 31st day of July, 2008, I caused the Assented to Motion to Continue to be filed electronically and it is available for viewing and downloading from the ECF system.

James P. Howe, Esq.
215 Broadway
Providence, RI 02903

Joseph J. Voccola, Esq.
454 Broadway
Providence, RI 02903

/s/Adi Goldstein
ADI GOLDSTEIN
Assistant U.S. Attorney
R.I. Bar # 6701
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, R.I. 02903
adi.goldstein@usdoj.gov