CR 08 71 ML

PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☒ INFORMATION ☐ INDICTMENT ☐ COMPLAINT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile

☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added

☐ Indictment ☐ Charges/Counts Added

☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND

Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE

☐ U.S. Atty ☐ Other U.S. Agency

Phone No. (401) 709-5000

Name of Asst. U.S. Attorney (if assigned): ADI GOLDSTEIN

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

Food and Drug Administration

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. Atty ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO. 08-mj-73-DLM

Place of offense: Rhode Island

County

CASE NO.

USA vs.

Defendant: Louis Romanelli

Addre

REDACTED

☐

Birth Date

lien

licable)

Soci

Issue: ☐ Warrant ☐ Summons

Location Status:

Arrest Date ____________ or Date Transferred to Federal Custody ____________

☐ Currently in Federal Custody

☐ Currently in State Custody

☐ Writ Required

☐ Currently on bond

☐ Fugitive

Defense Counsel (if any): Joseph Voccola, Esq.

☐ FPD ☐ CJA ☐ RET'D

☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts 13

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | SEE ATTACHED | | ☒ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | Estimated Trial Days: 4 | | ☐ Felony ☐ Misdemeanor |

ATTACHMENT TO DEFENDANT INFORMATION RELATIVE TOA CRIMINAL ACTION -IN U.S. DISTRICT COURT

DEFENDANT- LOUIS ROMANELLI

Count I (18 U.S.C. § 371): 5 years imprisonment, a fine of up to $250,000, a term of supervised release of up to three years, and a mandatory special assessment of $100.

Count II (21 U.S.C. § 846): 5 years imprisonment, a fine of up to $250,000, a term of supervised release of up to three years, and a mandatory special assessment of $100.

Counts III - X (21 U.S.C. § 841(a)(1) & (b)(1)(D)): 5 years imprisonment, a fine of up to $250,000, a term of supervised release of up to three years, and a mandatory special assessment of $100.

Counts XI-XII (21 U.S.C. § 841(a)(1) & (b)(1)(C)): 20 years imprisonment, a fine of up to 1,000,000, a term of supervised release of at three years and up to life, and a mandatory special assessment of $100.

Count XIII (18 U.S.C. § 1956): 20 years imprisonment, a fine of up to $500,000 or twice the value of the property involved in the transaction, whichever is greater, a term of supervised release of up to three years, and a mandatory special assessment of $100.