O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
LOUIS ROMANELLI

WAIVER OF INDICTMENT

CR 08 71 ML

CASE NUMBER:

I, LOUIS ROMANELLI, the above named defendant, who is accused of

knowingly, willfully, and unlawfully combined, conspired, and agreed with others to purchase prescription drugs from ultimate users and resell said drugs and caused said drugs to be misbranded; caused the submission of false claims to health care benefit programs; conspired to distribute controlled substances; and money laundering

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on AUGUST 27, 2008 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Louis Romanelli
LOUIS ROMANELLI
Defendant

JOSEPH VOCCOLA, ESQ.
Counsel for Defendant

Before David L. Martin
USMJ Judicial Officer